IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| JEFFREY SCOTT TENPENNY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:11-CV-05056-BCW |
| ) | |
| OFFICER TIMOTHY WALLACE, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED pursuant to Fed. R. Civ. P. 41 and the parties' Stipulation of Dismissal With Prejudice (Doc. #52) that this matter, including all claims and counterclaims, is dismissed with prejudice as to Defendants Wallace, DeBruin, Burnley, and City of Nevada, Missouri, with all parties to bear their own costs and expenses. It is further

ORDERED due to the Court's previous Order (Doc. #51), the aforementioned defendants are the only remaining defendants; therefore, the matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.


DATED: January 23, 2013

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT